IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CROWN CORK & SEAL COMPANY, INC. | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:03cv00222 |
| THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Having considered Plaintiff and Counterclaim Defendant Crown Cork & Seal's unopposed request for an extension of time to file Replies to the Cross-Motions for Summary Judgment, it is, this 4th day of May, 2005:

ORDERED that each party shall file a Reply no later than May 5, 2005.

s/ Joseph F. Bataillon
United States District Judge

PREPARED AND SUBMITTED BY:

Brian J. McGrath, (#21567)
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
Telephone: (402) 397-7300
Facsimile: (402) 397-7824
bmcgrath@ldmlaw.com