IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:03CV222 |
| vs. ) | |
| ) | ORDER |
| INTERNATIONAL ASSOCIATION OF ) | |
| MACHINISTS AND AEROSPACE ) | |
| WORKERS, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |

On the court's own motion, the pretrial conference previously set for August 1, 2005, at 9:00 a.m. is cancelled and is **rescheduled for August 5, 2005, at 9:30 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge