## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CROWN CORK & SEAL COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:03CV222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THE INTERNATIONAL ASSOCIATION** | ) | |
| **OF MACHINISTS AND AEROSPACE,** | ) | |
| **WORKERS, AFL-CIO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Joint Motion for Postponement of Trial and Pretrial Dates (Filing No. 108), and for good cause shown,

**IT IS ORDERED:**

1. The parties' Joint Motion for Postponement of Trial and Pretrial Dates (Filing No. 108) is granted.

2. The August 5, 2005 pretrial conference date and the trial date of August 22, 2005 are vacated, pending rulings on the parties' motions for summary judgment. If the case is not resolved by the rulings on the motions for summary judgment, the Court will schedule a status conference to establish a final progression order. In such case, counsel for the plaintiff shall initiate a telephone conference with the undersigned magistrate judge and opposing counsel within ten calendar days of the rulings on the motions for summary judgment.

DATED this 5th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge