IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CROWN CORK & SEAL COMPANY, INC., ) | | |
| ) | | |
| Plaintiff, ) | | 8:03CV222 |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| THE INTERNATIONAL ASSOCIATION ) | | |
| OF MACHINISTS AND AEROSPACE. ) | | |
| WORKERS, AFL-CIO, et al. ) | | |
| ) | | |
| Defendants. ) | | |

This matter is before the court following a telephone conference on September 12, 2005.

**IT IS ORDERED:**

A **telephone** conference with the undersigned magistrate judge will be held on **December 9, 2005,** at **3:00 p.m.** for the purpose of discussing the status of the case. Plaintiff's counsel shall initiate the telephone conference.

Dated this 13th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge