IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CROWN CORK & SEAL COMPANY, INC.,** | ) | |
| | ) | |
| **Plaintiff and** | ) | 8:03CV222 |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THE INTERNATIONAL ASSOCIATION** | ) | |
| **OF MACHINISTS AND AEROSPACE,** | ) | |
| **WORKERS, AFL-CIO, et al.,** | ) | |
| | ) | |
| **Defendants and** | ) | |
| **Counterclaim Plaintiffs.** | ) | |

This matter is before the court after a telephone conference between the undersigned magistrate judge and counsel for the parties. During the telephone conference the parties discussed the pending motion and deadlines in the case. Pursuant to the discussion with counsel and upon consideration,

**IT IS ORDERED:**

1. IAM's Motion to Amend its Counterclaim (Filing No. 112) is granted.

2. IAM shall have to **on or before December 20, 2005**, to file the amended counterclaim.

3. The plaintiff shall have to **on or before January 6, 2006**, to file an answer or otherwise respond to the amended counterclaim.

4. All motions for summary judgment shall be filed by **January 31, 2006**. Any response to timely motions for summary judgment shall be filed by **February 24, 2006**. All reply briefs and evidence shall be filed by **March 9, 2006**. See NECivP 7.1 and 56.1.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge