IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CROWN CORK & SEAL COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE, WORKERS, AFL-CIO, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of Charles R. Schwartz (Filing No. 125) as counsel for the defendant International Association of Machinists and Aerospace Workers (IAM).  G. Gordon Atcheson has entered his appearance as substitute local counsel for IAM.  **See** Filing No. 124.  IAM also continues to be represented by lead counsel Francis J. Martorana and Sally M. Tedrow.  The court finds the movant has shown good cause for substitution as required under NEGenR 1.3(f).  Upon consideration,

**IT IS ORDERED:**

1. The Motion to Withdraw Charles R. Schwartz as counsel for IAM (Filing No. 125) is granted.

2. The Clerk of Court shall stop all electronic notices to Charles R. Schwartz regarding this case.

DATED this 27th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge