**UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA**

| | |
|---|---|
| CROWN CORK & SEAL COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | No. 8:03CV222 |
| ) | |
| v. ) | |
| ) | |
| THE INTERNATIONAL ASSOCIATION ) | |
| OF MACHINISTS AND AEROSPACE ) | |
| WORKERS, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Defendant's motion for leave to file a response to Plaintiff's letter brief, Filing No. 131. The court finds the motion should be granted. Accordingly,

IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to file a response to Plaintiff's letter brief is granted (Filing No. 131); Defendant shall file its response within 10 days of the date of this order.

DATED this 12th day of September, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge